UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Jennifer Suffa v. Bayer HealthCare Pharmaceuticals Inc., et al.*      No. 3:11-cv-12814-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on August 6, 2013, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
       **Deputy Clerk**

Dated: August 7, 2013

Digitally signed by
David R. Herndon
Date: 2013.08.07
16:38:16 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT